UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: §
§
BAY AREA REGIONAL MEDICAL § Case No. 19-70013
CENTER, LLC §
§
§
Debtor § Chapter 7
§

### AFFIDAVIT OF RICK A. ZACHARDY

COUNTY OF HARRIS §
§
STATE OF TEXAS §

BEFORE ME, the undersigned authority, notary public in and for the State of Texas, on this day personally appeared Rick A. Zachardy, Authorized Representative of the Debtor, known to me to be the person whose name is subscribed hereto and, under oath, deposes and says:

1. My name is Rick A. Zachardy, Authorized Representative of Bay Area Regional Medical Center, LLC, the Debtor herein (the "Debtor). I am over the age of 21, of sound mind and competent to make this Affidavit. I have personal knowledge of the facts in this Affidavit and they are true and correct.

2. The Debtor operated a hospital 200 Blossom Street, Webster, Texas 77598. providing medical services to patients:

    (a) The Debtor discontinued medical services on May 13, 2018. Since that date, no patients have been admitted to or

Exhibit "A"



attending at the Debtor's hospital;

(b) All patient records are at present in the possession of Cerner Health Services, Inc., as successor in interest to Siemens Medical Solutions USA, Inc.

Further, Affiant sayeth not.

_____
Rick A. Zachardy
Authorized Representative of
Bay Area Regional Medical Center, LLC

SUBSCRIBED and SWORN TO on this 22nd day of January, 2019, to certify which witness my hand and official seal of office.

APRYL JENSEN
NOTARY PUBLIC
STATE OF TEXAS
ID # 13016069-1
My Comm. Expires 03-20-2019

_____
Notary Public in and for the State of Texas

Exhibit "A"