**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Bay Area Regional Medical Center, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 19-70013 |

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2019<br>MM / DD / YYYY | to | Filing date | | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | $45,756,907.00 |
| For the year before that: | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | $119,082,000.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Manfred Co., LC<br><sub>Creditor's name</sub><br>7670 Woodway, Ste. 160<br><sub>Street</sub><br><br>Houston   TX   77063<br><sub>City   State   ZIP Code</sub> | 1/10/2019 | $44,234.18 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Debtor | Bay Area Regional Medical Center, LLC | Case number (if known) | 19-70013 |
|---|---|---|---|
| | Name | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Debtor's Access to Records Terminated** | | | |
| Insider's name | | | |
| **By Cerner Health Services, Inc.** | | | |
| Street | | | |
| **2800 Rockcreek Parkway** | | | |
| **Kansas City**          **MO**    **64117** | | | |
| City                     State    ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Siemens Financial Services, Inc.** | (3) Cardiac catheterization labs | **12/28/2018** | |
| Creditor's name | Value:  Unknown | | |
| **170 Wood Avenue South** | | | |
| Street | | | |
| **Iselin**              **NJ**    **08830** | | | |
| City                    State    ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Debtor | Bay Area Regional Medical Center, LLC | Case number (if known) | 19-70013 |
|---|---|---|---|
| | Name | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

**7.1.**

Case title
Sandra Hood, et al v BARMC

Nature of case
WARN Act class action

Court or agency's name and address
US District Ct, Sou Dist, TX Houston D
Name
515 Rusk
Street
Houston      TX   77002
City              State   ZIP Code

Case number
4:18-cv-01461

Status of case
☑ Pending
☐ On appeal
☐ Concluded

**7.2.**

Case title
Cintas Corp No. 2 v BARMC

Nature of case
Breach of Contract/Quantun Meruit

Court or agency's name and address
113th District Ct, Harris Co., TX
Name
201 Caroline
Street
Houston      TX   77002
City              State   ZIP Code

Case number
2018-31507

Status of case
☑ Pending
☐ On appeal
☐ Concluded

**7.3.**

Case title
Clear Creek ISD v BARMC

Nature of case
Tax Suit

Court or agency's name and address
165th District Ct., Harris Co., TX
Name
201 Caroline
Street
Houston      TX   7702
City              State   ZIP Code

Case number
2018-32597

Status of case
☑ Pending
☐ On appeal
☐ Concluded

**7.4.**

Case title
Compass Group, et al v BARMC

Nature of case
Arbitration proceeding

Court or agency's name and address
Am Health Lawyers Assoc
Name
1620 Eye St, NW 6th Floor
Street
Washington, DC 20006-4010
202-833-1100
City              State   ZIP Code

Case number
4578

Status of case
☑ Pending
☐ On appeal
☐ Concluded

**7.5.**

Case title
Dell Marketing v BARMC

Nature of case
Sworn Account/Quantum Meruit

Court or agency's name and address
CCCL No 2, Travis Co., TX
Name
1000 Guadalupe
Street
PO Box 149325
Austin      TX   78714
City              State   ZIP Code

Case number
C-1-CV-18-007113

Status of case
☑ Pending
☐ On appeal
☐ Concluded

Debtor  __Bay Area Regional Medical Center, LLC__     Case number (if known) __19-70013__
        Name

| | | | |
|---|---|---|---|
| 7.6. | **Case title**<br>**ESA Toxicology v BARMC** | **Nature of case**<br>Dec action regarding lab services billing practices with Aetna & Cigna | **Court or agency's name and address**<br>189th District Ct., Harris Co., TX<br>Name<br>201 Caroline<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
2018-30484

Houston          TX    77002
City            State  ZIP Code

| | | | |
|---|---|---|---|
| 7.7. | **Case title**<br>**Laser Ventures v BARMC** | **Nature of case**<br>Breach of Contract | **Court or agency's name and address**<br>26th District Ct, Williamson Co., TX<br>Name<br>PO Box 24<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
18-0866-C26

Georgetown       TX    78627
City            State  ZIP Code

| | | | |
|---|---|---|---|
| 7.8. | **Case title**<br>**Radia Enterprise v BARMC** | **Nature of case**<br>Sworn Acct/Breach of Contract/Attys Fees | **Court or agency's name and address**<br>CCCL No. 3, Harris Co., TX<br>Name<br>201 Caroline<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
1113009

Houston          TX    77002
City            State  ZIP Code

| | | | |
|---|---|---|---|
| 7.9. | **Case title**<br>**Texas Textile Svc v BARMC** | **Nature of case**<br>Breach of Contract-nonpayment of invoices | **Court or agency's name and address**<br>152nd District Ct, Harris Co., TX<br>Name<br>201 Caroline<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
2018-32453

Houston          TX    77002
City            State  ZIP Code

| | | | |
|---|---|---|---|
| 7.10. | **Case title**<br>**Thyssenkrupp Elevator  v BARMC** | **Nature of case**<br>Sworn Account/Breach of Contract/Quantun Meruit | **Court or agency's name and address**<br>152nd District Ct, Harris Co., TX<br>Name<br>201 Caroline<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
2018-59240

Houston          TX    77002
City            State  ZIP Code

| | | | |
|---|---|---|---|
| 7.11. | **Case title**<br>**Laboratory Corp of Am v BARMC** | **Nature of case**<br>Breach of Contract/Quantum Meruit | **Court or agency's name and address**<br>165th District Ct, Harris Co., TX<br>Name<br>201 Caroline<br>Street | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Case number**
2018-82783

Houston          TX    77002
City            State  ZIP Code

Debtor  **Bay Area Regional Medical Center, LLC**                Case number (if known) _19-70013_
        Name

| | | | | |
|---|---|---|---|---|
| **7.12.** | Case title<br>**Randstad v BARMC** | Nature of case<br>Sworn Account/Atty's Fees<br>unpaid | Court or agency's name and address<br>295th District Ct, Harris Co., TX<br>Name<br>201 Caroline<br>Street | Status of case<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>2018-89762 | | Houston        TX   77002<br>City            State ZIP Code | |
| **7.13.** | Case title<br>**Arrow International v<br>BARMC** | Nature of case<br>Sworn Account/Breach of<br>Contract/Quantum Meruit | Court or agency's name and address<br>334th District Ct., Harris Co., TX<br>Name<br>201 Caroline<br>Street | Status of case<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>2018-77776 | | Houston        TX   77002<br>City            State ZIP Code | |
| **7.14.** | Case title<br>**Betty Cooper, et al v BARMC** | Nature of case<br>WARN Act class action | Court or agency's name and address<br>US Dist Ct, Sou Dist, TX, Houston Div<br>Name<br>515 Rusk<br>Street | Status of case<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>4:18-cv-04818 | | Houston        TX   77002<br>City            State ZIP Code | |
| **7.15.** | Case title<br>**Clemetean Williams, et al v<br>BARMC** | Nature of case<br>FLSA class action | Court or agency's name and address<br>US Dist Ct, Sou Dist, TX, Houston Div<br>Name<br>515 Rusk<br>Street | Status of case<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>4:18-cf-04819 | | Houston        TX   77002<br>City            State ZIP Code | |
| **7.16.** | Case title<br>**Bazuna v BARMC** | Nature of case | Court or agency's name and address<br>US Dist Ct, Sou Dist, TX, Houston Div<br>Name<br>515 Rusk<br>Street | Status of case<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>4:17-cv-02391 | | Houston        TX   77002<br>City            State ZIP Code | |
| **7.17.** | Case title<br>**Aguilar, et al v BARMC** | Nature of case<br>WARN Act class action | Court or agency's name and address<br>US Dist Ct, Sou Dist, TX, Houston Div<br>Name<br>515 Rusk<br>Street | Status of case<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>4:18-cv-01577 | | Houston        TX   77002<br>City            State ZIP Code | |

| Debtor | Bay Area Regional Medical Center, LLC | | Case number (if known) | 19-70013 |
|---|---|---|---|---|

Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.18. | **Stambush Staffing v BARMC** | **Breach of Contract** | **CCCL at Law No. 4, Harris Co** | ☑ Pending |

Name

**201 Caroline**

Street

| Case number | | | | |
|---|---|---|---|---|
| 1115056 | | | **Houston** | **TX** | **77002** |

City          State   ZIP Code

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.19. | **Beneficial Equipment v BARMC** | **Confessed Judgment pursuant to Assignment and Assumption Agreement for financing equipment** | **Pennsylvania Court of Common Pleas** | ☐ Pending |

Name

**PO Box 1500**

Street

Case number

**Harrisburg          PA    17106**

City          State   ZIP Code

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20. | **Linda Noble** | **EEOC Charge** | **EEOC** | ☑ Pending |

Name

**1919 Smith St, Ste 600**

Street

| Case number | | | | |
|---|---|---|---|---|
| 460-2018-00645 | | | **Houston** | **TX** | **77002** |

City          State   ZIP Code

8.  **Assignments and receivership**

    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☑ None

---

### Part 4:   Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ☑ None

---

### Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☑ None

Debtor  __Bay Area Regional Medical Center, LLC__          Case number (if known) __19-70013__
        Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Fuqua & Associates, PC | | 4/27/18 | $167,814.50 |
| | | $55,000 | |
| Address | | 7/28/18 | |
| 5005 Riverway | | $50,000 | |
| Street | | 10/01/18 | |
| Suite 250 | | $33,863.50 | |
| | | 1/08/19 | |
| Houston          TX    77056 | | $28,961 | |
| City             State  ZIP Code | | | |
| | | | |
| Email or website address | | | |
| rlfuqua@fuqualegal.com | | | |
| | | | |
| Who made the payment, if not debtor? | | | |
| Medistar Corp, | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1.** HC-200 Blossom Street, LLC | Hospital equipment; conveyance in lieu of foreclosure | 08/02/2018 | $22,223,022.41 |
| Address | | | |
| 4890 W. Kenndy Blvd. | | | |
| Street | | | |
| Suite 650 | | | |
| Tanpa            FL    33609 | | | |
| City             State  ZIP Code | | | |
| | | | |
| Relationship to debtor | | | |
| Former landlord | | | |

| Debtor | Bay Area Regional Medical Center, LLC | | Case number (if known) | 19-70013 |
|---|---|---|---|---|
| | Name | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. HC-200 Blossom Street, LLC | Lease termination<br>Value:  Unknown | 0813/2018 | |
| Address | | | |
| 4890 W. Kennedy Blvd. | | | |
| Street | | | |
| Suite 650 | | | |
| Tampa          FL     33609 | | | |
| City                State   ZIP Code | | | |
| | | | |
| Relationship to debtor | | | |
| Fomer landlord | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 250 Blossom<br>Street | From   Sept, 2017        To   Oct. 5, 2019 |
| Webster          TX     77598<br>City              State   ZIP Code | |

| Address | Dates of occupancy |
|---|---|
| 14.2. 2 Professional Park<br>Street | From   May 31, 2013      To   Sept, 2017 |
| Webster          TX     77598<br>City              State   ZIP Code | |

| Address | Dates of occupancy |
|---|---|
| 14.3. 16840 Buccaneer Lane<br>Street | From   Oct. 23, 2017     To   Oct. 5, 2018 |
| Houston          TX     77050<br>City              State   ZIP Code | |

Debtor   **Bay Area Regional Medical Center, LLC**                    Case number (if known) **19-70013**
         Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1. Bay Area Regional Medical Center, LLC**<br>Facility name<br><br>**200 Blossom St.**<br>Street<br><br><br>**Webster**          **TX**   **77598**<br>City                State   ZIP Code | **Acute care hospital until May 13, 2018**<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Cerner Health Services, Inc.**<br>**2800 Rockcreek Parkway**<br>**Kansas City, MO 64117** | **N/A**<br><br><br>How are records kept?<br>Check all that apply:<br>☑ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.
**Information to admit patients and enable billing for services rendered**

Does the debtor have a privacy policy about that information?
☐ No.
☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
      ☑ No. Go to Part 10.
      ☐ Yes. Fill in below.

| Debtor | Bay Area Regional Medical Center, LLC | Case number (if known) | 19-70013 |
|---|---|---|---|
| | Name | | |

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**18.1.** Capital One Financial Corporation
Name

1680 Capital One Dive
Street

McLean                    VA    22102-3491
City                          State  ZIP Code

Last 4 digits: XXXX- 8  6  1  8

Type of account: ☑ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other _____

Date: 8/14/2018

Last balance: $0.00

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**18.2.** Capital One Financial Corporation
Name

1680 Capital One Drive
Street

McLean                    VA    22102-3491
City                          State  ZIP Code

Last 4 digits: XXXX- 7  8  7  5

Type of account: ☑ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other _____

Date: 9/18/2018

Last balance: $0.00

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**18.3.** Capital One Financial Group
Name

1680 Capital One Drive
Street

McLean                    VA    22102-3491
City                          State  ZIP Code

Last 4 digits: XXXX- 6  3  9  9

Type of account: ☑ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other _____

Date: 01/11/2019

Last balance: $0.00

Debtor   **Bay Area Regional Medical Center, LLC**          Case number (if known) __19-70013__
         Name

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Iron Mountain** <br> Name <br><br> **5249 Glenmont Dr.** <br> Street <br><br> **Houston    TX  77081** <br> City        State  ZIP Code | **None** <br><br> **Address** | Unknown | ☐ No <br> ☑ Yes |
| **Life Storage** <br> Name <br><br> **2280 E. Main St.** <br> Street <br><br> **League City    TX   77573** <br> City          State  ZIP Code | **Santiago Mendoza** <br><br> **Address** <br> **250 Blossom St.** <br> **Webster, TX 77598** | unknown | ☐ No <br> ☑ Yes |
| **Cerner Health Services** <br> Name <br><br> **2800 Rockcreek Parkway** <br> Street <br><br> **Kansas City    MO  64117** <br> City          State  ZIP Code | <br><br> **Address** | **Patient records** <br> **Financial accounting records** | ☑ No <br> ☐ Yes |

| Debtor | Bay Area Regional Medical Center, LLC | Case number (if known) | 19-70013 |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☑ None

Debtor   **Bay Area Regional Medical Center, LLC**                          Case number (if known) __19-70013__
         Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
      statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |
| 26b.1.  **EEPB P.C.** | From __Jan., 2014__   To __May, 2018__ |
| Name | |
| **2950 North Loop West** | |
| Street | |
| **Suite 120** | |
| **Houston**          **TX**    **77092** | |
| City                 State   ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  **Cerner Health Services, Inc.** | **Electronically maintained but Cerner** |
| Name | **terminated access due to debtor financial** |
| **2800 Rockcreek Parkway** | **hardship** |
| Street | |
| **Kansas City**          **MO**    **64117** | |
| City                     State   ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.  **Capital One Bank**
        Name
        **2 Bethesda Metro Center**
        Street
        **Suite 600**

        **Bethesda**          **MD**    **20814**
        City                  State   ZIP Code

Name and address

26d.2.  **HC-200 Blossom Street, LLC**
        Name
        **4890 W. Kennedy Blvd.**
        Street
        **Suite 650**

        **Tampa**          **FL**    **33609**
        City              State   ZIP Code

Debtor   **Bay Area Regional Medical Center, LLC**       Case number (if known)   19-70013
         Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|
| Unknown | 01/06/2018 | $5,834,242.00 |

Name and address of the person who has possession of inventory records

27.1. **EEPB, P.C.**
Name
**2950 North Loop West**
Street
**Suite 1200**

**Houston**       **TX**   **77092**
City         State  ZIP Code

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|
| Unknown | 10/04/2017 | $741,993.07 |

Name and address of the person who has possession of inventory records

27.2. **Capital Inventory, Inc.**
Name
**9725 Main Street**
Street
**Suite 100**

**Woodstock**     **GA**   **30188**
City         State  ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Medical Property Hospital, LLC | 7670 Woodway Suite 160 Houston, TX 77063 | Sole Member | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ed Schatte | 534 Orchard Street Webster, TX 77598 | Manager / None | From unknown To May, 2018 |
| Dipsu D. Patel | 250 Blossom Street, Ste. 280 Webster, TX 77598 | Manager / None | From Unknown To May, 2018 |
| Alfred T. Mitchell | 1810 St. John Drive, Ste. 220 Houston, TX 77057 | Manager / None | From Unknown To May, 2018 |
| Larry W. Cato | 2411 Fountain View #200 Houston, TX 77057 | Manager / None | From Unknown To May, 2018 |

| Debtor | Bay Area Regional Medical Center, LLC | Case number (if known) | 19-70013 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Karan Bhalla | 5413 Crenshaw Road, Ste 400<br>Pasadena, TX 77505 | Manager / None | From Unknown To May, 2018 |
| Stephen K. Jones Jr. | 1935 Frrederick Lane<br>League City, TX 77573 | Community Member /<br>None | From May, 2017 To May, 2018 |
| Monzer Hourani | 7670 Woodway, Ste. 160<br>Houston, TX 77063 | Manager / None | From July 2014 To May 2018 |
| Rick Zachardy | 7670 Woodway, Ste. 160<br>Houston, TX 77063 | Interim Chairman of<br>Board / None | From Oct, 2017 To May, 2018 |
| Marston Shaun Holt | 1045 Gemini St.<br>Houston, TX 77058 | Manager / None | From Unknown To May, 2018 |
| Michael Lyons | 4111 Floyd St.,<br>Houston, TX 77007 | Chairman of the<br>Board / None | From July, 2014 To Oct, 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description<br>and value of property | Dates | Reason for<br>providing the value |
|---|---|---|---|

30.1. **Debtor access to records terminated**
      Name
      SEE #26c ABOVE
      Street

      _____

      _____

      City          State   ZIP Code

      Relationship to debtor

      _____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

Name of the parent corporation                    Employer identification number of the parent corporation
Manfred Co., LC                                    EIN: 7 6 – 0 5 8 2 6 8 1

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Debtor  Bay Area Regional Medical Center, LLC                        Case number (if known)  19-70013
        _____
        Name

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/14/2019
             _____
             MM / DD / YYYY

X  _____          Printed name  Rick A. Zachardy
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **Authorized Representative**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes