

ENTERED
03/11/2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAY AREA REGIONAL MEDICAL CENTER, LLC, | § | BANKRUPTCY NO. 19-70013-EVR |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

## ORDER EXTENDING DEADLINE TO ACCEPT OR REJECT EXECUTORY CONTRACTS

On this date came on to be heard the *Trustee's Emergency Motion to Extend Deadline to Accept or Reject Executory Contracts*. The Court, finding that there is good cause for the extension, is of the opinion that the Motion should be granted in all respects.

It is therefore, **ORDERED, ADJUDGED AND DECREED** that the deadline for the Trustee to accept or reject executory contracts is hereby extended to June 10, 2019.

Signed: March 08, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

**SUBMITTED BY**:

Thomas Rice
Texas Bar No. 24025613
trice@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEY FOR CATHERINE STONE CURTIS,
CHAPTER 7 TRUSTEE**

{00408569}