# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 19-70013-EVR |
| BAY AREA REGIONAL | § | |
| MEDICAL CENTER, LLC | § | |
|    Debtor(s) | § | Chapter 7 |

## REPORT OF AUCTION SALE

Catherine S. Curtis, Trustee ("Trustee") for the above-captioned and numbered case, and files this Report of Auction Sale, and reports as follows:

1. The auction sale was held on May 7, 2019, and was conducted by Shattuck, LLC as Trustee's broker via auction. Attached to this report and incorporated, by reference, are the Auctioneer's sales and expense reports.

2. The property was sold "as-is" and "where-is." The gross proceeds were $37,243.69 The Auctioneer's commission was $5,078.68 and expenses were $6,154.10. The buyer's premium was $3,385.79. The net proceeds of the sale were $26,010.91.

Respectfully submitted,

/S/CATHERINE STONE CURTIS
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
Pulman, Cappuccio & Pullen, LLP
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 467-1900
Fax: (956) 331-2815
Email: ccurtis@pulmanlaw.com
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on the counsel for debtor and the United States Trustee by electronic service according to BR 9003 on May 14, 2019.

**VIA ELECTRONIC NOTICE:**
**U.S. Trustee**
US Trustee
606 N Carancahua Street Ste 1107
Corpus Christi, TX 78401

**VIA ELECTRONIC NOTICE AND VIA FIRST CLASS MAIL:**
*Debtor(s)*
Bay Area Regional Medical Center, Llc
7670 Woodway Drive Suite 160
Houston, TX 77063

*Debtor's Counsel*
RICHARD L FUQUA, II
FUQUA & ASSOCIATES, PC
5005 RIVERWAY STE. 250
HOUSTON, TX 77056

And to all parties on the attached matrix.

/S/CATHERINE STONE CURTIS
Catherine Stone Curtis



May 7, 2019

Catherine Stone Curtis, Trustee
5414 N 10th St.
McAllen, TX 78504

RE: Bay Area Regional Medical Center, LLC
Case No. 18-35733
Sale Date: March 19 – April 3, 2019; April 1 - April 16, 2019
Removal: April 22-23, 2019

| | | |
|---|---:|---:|
| Sale of Assets via Auction | | $33,857.90 |
| Buyer Premium Returned to Court (10% of $33,857.90) | | $3,385.79 |
| **Total Remitted to Trustee** | | **$37,243.69** |
| | | |
| Commission: | | |
| Auctioneer Commission (15% of $33,857.90) | $5,078.68 | |
| **Total Commission Due:** | | **$5,078.68** |
| | | |
| **Expense Reimbursement:** | | |
|     Moving to Secured (Free) Storage (capped) | $5,000.00 | |
|     Life Storage (Payments to gain access to assets) | $213.96 | |
| **Total Auction Related Reimbursable Expenses** | **$5,213.96** | |
| | | |
|     Transportation Expenses for Court Appearance McAllen | $143.45 | |
|     Moving Expenses to Move Files to new storage facility | $396.00 | |
|     Storage: Public Storage fees for Files (March – May) | $400.69 | |
| **Total Additional Expenses Requested by Trustee** | **$940.14** | |
| **Total Reimbursable Expenses** | | **$6,154.10** |
| | | |
| **Total Due to Shattuck, LLC** | | **$11,232.78** |

*Texas State Sales Tax has been collected on all taxable sales and will be reported and remitted to the State Comptroller by Shattuck, LLC.*

**I agree under penalty of perjury that the foregoing is true and correct.
Executed on: 05/06/2019**

*[signature]*

_____
**Greg Shattuck, VP**

2301 E. St Elmo Rd, Ste 108
Austin, TX 78752
512.482.0270



Bay Area Regional Medical Center, LLC

c/o Catherine Stone Curtis, Trustee

5414 N. 10th St.

McAllen, TX 78504

## Case No. 19-70013 EVR - Bankruptcy Auction Report

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 166516 | 62245 | L59040 | (100+) Boxes Assorted Medical Consumables | $411.00 | ($61.65) | $349.35 | $41.10 | kamal khan [mrhab] | (713)309-0068 | khangpc@att.net |
| 166517 | 62245 | L59041 | (100+) Boxes Assorted Medical Consumables | $366.00 | ($54.90) | $311.10 | $36.60 | kamal khan [mrhab] | (713)309-0068 | khangpc@att.net |
| 166518 | 62246 | L59042 | Assorted Furniture | $37.50 | ($5.63) | $31.88 | $3.75 | yaping yang [yapingy] | (832)646-2400 | yapingy@ailifeus.com |
| 166519 | 62247 | L59043 | Assorted Medical Supplies | $1,876.00 | ($281.40) | $1,594.60 | $187.60 | ALAN GROBMAN [alecorp] | (305)219-3881 | alang@alecorpinc.com |
| 165981 | 62011 | L59558 | (100+) Boxes of Assorted Medical Consumables | $3,125.00 | ($468.75) | $2,656.25 | $312.50 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165982 | 62011 | L59559 | (100+) Boxes of Assorted Medical Consumables | $2,192.98 | ($328.95) | $1,864.03 | $219.30 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165983 | 62011 | L59560 | (100+) Boxes of Assorted Medical Consumables | $1,901.98 | ($285.30) | $1,616.68 | $190.20 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165984 | 62011 | L59561 | (100+) Boxes of Assorted Medical Consumables | $2,581.98 | ($387.30) | $2,194.68 | $258.20 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165985 | 62011 | L59562 | (100+) Boxes of Assorted Medical Consumables | $3,101.00 | ($465.15) | $2,635.85 | $310.10 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165986 | 62011 | L59563 | (100+) Boxes of Assorted Medical Consumables | $2,275.00 | ($341.25) | $1,933.75 | $227.50 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165987 | 62011 | L59564 | (100+) Boxes of Assorted Medical Consumables | $3,450.98 | ($517.65) | $2,933.33 | $345.10 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165989 | 62012 | L59566 | (1) U-Line 36 x 36 x 34 Dump Bin | $35.50 | ($5.33) | $30.18 | $3.55 | Barbara Hayes [bkhayes1] | (979)323-9757 | allen@hayesfuneralhome.com |
| 165990 | 62013 | L59567 | (6) Large Boxes of Assorted Catheters | $3,283.00 | ($492.45) | $2,790.55 | $328.30 | ALAN GROBMAN [alecorp] | (305)219-3881 | alang@alecorpinc.com |
| 165991 | 62014 | L59568 | (100+) Boxes of Assorted Medical Consumables | $3,026.00 | ($453.90) | $2,572.10 | $302.60 | [bigdude] | (713)474-1414 | mmmeead@aol.com |
| 165992 | 62015 | L59569 | (30+) Small Individual Boxes of Assorted Sutures | $1,571.98 | ($235.80) | $1,336.18 | $157.20 | Emad Tawfik [Emadmary73] | (009)659-4474.25 | dr_emad_tawfek@yahoo.com |
| 165993 | 62011 | L59570 | (225+) Boxes Medical Consumables | $4,001.00 | ($600.15) | $3,400.85 | $400.10 | Nicole Jackson [bodybynixx] | (305)906-0246 | dns69@yahoo.com |
| 165964 | 62007 | L61699 | (14) Adult Tall Aluminum Crutches | $51.00 | ($7.65) | $43.35 | $5.10 | kamal khan [mrhab] | (713)309-0068 | khangpc@att.net |
| 167408 | 62250 | L61700 | (10) Adult Medium Aluminum Crutches | $56.00 | ($8.40) | $47.60 | $5.60 | chima asadu [intelltinn1] | (817)919-2530 | chished@yahoo.com |
| 167407 | 62250 | L61701 | (10) Adult Small Aluminum Crutches | $56.00 | ($8.40) | $47.60 | $5.60 | chima asadu [intelltinn1] | (817)919-2530 | chished@yahoo.com |
| 167406 | 62250 | L61702 | (11) Child Aluminum Crutches | $56.00 | ($8.40) | $47.60 | $5.60 | chima asadu [intelltinn1] | (817)919-2530 | chished@yahoo.com |
| 165968 | 62007 | L61703 | (3) Bariatric Steel Crutches | $42.50 | ($6.38) | $36.13 | $4.25 | kamal khan [mrhab] | (713)309-0068 | khangpc@att.net |
| 165969 | 62007 | L61704 | (10) Adult Medium Aluminum Crutches | $65.00 | ($9.75) | $55.25 | $6.50 | kamal khan [mrhab] | (713)309-0068 | khangpc@att.net |
| 167405 | 62250 | L61705 | (9) Adult Medium Aluminum Crutches | $52.50 | ($7.88) | $44.63 | $5.25 | chima asadu [intelltinn1] | (817)919-2530 | chished@yahoo.com |
| 167404 | 62249 | L61706 | (5) Adult Small Aluminum Crutches | $47.50 | ($7.13) | $40.38 | $4.75 | Aginella Handiseni [Shabobo2005] | 5092126626 | haginella@yahoo.com |
| 165972 | 62009 | L61707 | (12) Aluminum Walkers | $81.00 | ($12.15) | $68.85 | $8.10 | A Ahadz [zoobaz] | 7133309174 | alprchz@protonmail.com |
| 165974 | 62010 | L61709 | (35+) Boxes Assorted Medical Liquids | $47.50 | ($7.13) | $40.38 | $4.75 | Taylor Wilson [Velocityauto] | (409)682-4817 | Velocityauto@sbcglobal.net |
| 166674 | 62248 | L61710 | (25+) Boxes Assorted Medical Liquids | $24.50 | ($3.68) | $20.83 | $2.45 | Abby Oney [pelham137] | (817)929-5379 | pelham137@gmail.com |

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 165976 | 62010 | L61711 | (40+) Boxes Assorted Medical Liquids | $32.00 | ($4.80) | $27.20 | $3.20 | Taylor Wilson [Velocityauto] | (409)682-4817 | Velocityauto@sbcglobal.net |
| 166675 | 62248 | L61713 | (15+) Boxes Assorted Medical Liquids | $9.50 | ($1.43) | $8.08 | $0.95 | Abby Oney [pelham137] | (817)929-5379 | pelham137@gmail.com |
| | | | **Totals** | **$33,857.90** | **($5,078.68)** | **$28,779.22** | **$3,385.79** | | | |

| | |
|---|---|
| **Total Sales** | $33,857.90 |
| **Buyer Premium Returned to Court** | $3,385.79 |
| **Total Sales Collected** | $37,243.69 |

| | |
|---|---|
| **Commission Due to Auctioneer** | $5,078.68 |

Shattuck LLC.

2301 East St. Elmo

Bldg. 1, Suite 108

Austin, TX 78744

(512)482-0270  (800)999-6852  (fax) (512)478-4888

info@shattuck.com

www.shattuck.com



| | | From | **Shattuck LLC**<br>2301 E. St. Elmo, Ste 108<br>Austin, TX 78744 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Invoice ID | 822 | | Invoice For | **Catherine Stone Curtis, Trustee**<br>The Stone Curtis PLLC - MCALLEN<br>5414 N. 10th St.<br>McAllen, TX 78504 |
| PO Number | Case No. 19-70013 EVR | | | |
| Issue Date | 05/07/2019 | | | |
| Due Date | 05/07/2019 (upon receipt) | | | |
| Subject | Bay Area Regional Medical Center, LLC:<br>Reimbursable Moving & Storage Expenses | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | 02/27/2019 - Move & Oversight / Adrian Umali: Manage / Oversee move of assets from storage facility to Knight Road, secure storage | 8.00 | $25.00 | **$200.00** |
| Service | 03/01/2019 - Move & Oversight / Adrian Umali: Manage / Oversee move of assets from storage facility to Knight Road, secure storage | 8.00 | $25.00 | **$200.00** |
| Service | 03/05/2019 - Move & Oversight / Adrian Umali: Manage / Oversee move of assets from storage facility to Knight Road, secure storage | 2.00 | $25.00 | **$50.00** |
| Service | 03/06/2019 - Move & Oversight / Adrian Umali: Manage / Oversee move of assets from storage facility to Knight Road, secure storage | 2.00 | $25.00 | **$50.00** |
| Service | Move & Oversight / Colleen Heaton: Manage / Oversee move of assets from storage facility to Knight Road, secure storage | 2.50 | $35.00 | **$87.50** |
| Product | Moving & Towing: Movers' Mover: Move assets from Life Storage to Knight Road Warehouse | 1.00 | $2,070.00 | **$2,070.00** |
| Product | 03/07/2019 - Moving & Towing: Movers Move: Move from Storage Unit to Knight Rd | 1.00 | $2,440.00 | **$2,440.00** |
| Product | 03/28/2019 - Moving & Towing: Movers' Mover: Remaining items moved from Life Storage to Knight Road | 1.00 | $900.00 | **$900.00** |
| Product | 03/01/2019 - Warehouse / Storage: Final Payment to Life Storage to gain access to clear assets stored in (5) storage units.<br>$36.18, $32.28, $36.18, $36.18, $73.14 | 1.00 | $213.96 | **$213.96** |

Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Product | Adjustment to Moving Expenses to reach $5K maximum. Final storage payment not included in $5K expense cap. | | -1.00 | $997.50 | -$997.50 |
| | | | | **Amount Due** | **$5,213.96** |

## MOVERS' MOVER, LLC

11023 Crosby Field Lane  
Houston Tx 77034

cell #: (713) 476-8266  
email: emasangkayjr@yahoo.com

# INVOICE # 464

**To:** SHATTUCK, LLC  
**Re:** LIFE STORAGE- LEAGUE CITY  
**DATE** FEB 27 & MAR 01, 2019

| RANK | DRIVER | SUP | FLAT RATE | MOVER | TRUCK | FUEL SURC | TRANS VAN | REMARKS |
|---|---|---|---|---|---|---|---|---|
| RATE | $20.00 | $20.00 | $80.00 | $15.00 | $20.00 | $50.00 | $70.00 | |
| DATE | | | | | | | | |
| 2/27/19 | | | 8 | | | 1 | | 1 CREW |
| 3/1/19 | | | 16 | | | 2 | | 2 CREWS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total hours | 0 | 0 | 24 | 0 | 0 | 3 | 0 | |
| TOTAL | $0.00 | $0.00 | $1,920.00 | $0.00 | $0.00 | $150.00 | $0.00 | $2,070.00 |

***Make the check payable to Movers' Mover, LLC

Thank you for your business.

Respectfully yours,

3/4/19

**Jun Masangkay**  
Proprietor/Owner  
Movers' Mover, LLC  
E.I.N. :47-5236446

# MOVERS' MOVER, LLC

11023 Crosby Field Lane
Houston Tx 77034

cell #: (713) 476-8266
email: emasangkayjr@yahoo.com

## INVOICE # 472

To: SHATTUCK, LLC
Re: LIFE STORAGE
DATE: MARCH 5-7, 2019

| RANK | DRIVER | SUP | LEADMAN | FLAT RATE | TRUCK | FUEL SURC | TRANS VAN | REMARKS |
|---|---|---|---|---|---|---|---|---|
| RATE | $20.00 | $20.00 | $17.00 | $80.00 | $20.00 | $50.00 | $70.00 | |
| DATE | | | | | | | | |
| 3/5/19 | | | | 7 | | 1 | | |
| 3/6/19 | | | | 17 | | 2 | | |
| 3/7/19 | | | | 4 | | 1 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total hours | 0 | 0 | 0 | 28 | 0 | 4 | 0 | |
| TOTAL | $0.00 | $0.00 | $0.00 | $2,240.00 | $0.00 | $200.00 | $0.00 | $2,440.00 |

***Make the check payable to Movers' Mover, LLC

Thank you for your business.

Respectfully yours,

*Jun Masangkay*  3/9/19

**Jun Masangkay**
Proprietor/Owner
Movers' Mover, LLC
E.I.N.: 47-5236446

## MOVERS' MOVER , LLC

11023 Crosby Field Lane
Houston Tx 77034

cell #: (713) 476-8266
email: emasangkayjr@yahoo.com

## INVOICE # 490

**To:** SJATTUCK, LLC
**Re:** LIFE STORAGE
**DATE** 28-Mar-19

| RANK | DRIVER | SUP | FLAT RATE | MOVER | TRUCK | FUEL SURC | TRANS VAN | REMARKS |
|---|---|---|---|---|---|---|---|---|
| RATE | $20.00 | $20.00 | $80.00 | $15.00 | $20.00 | $50.00 | $70.00 | |
| DATE | | | | | | | | |
| 3/28/19 | | | 10 | | | 2 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total hours | 0 | 0 | 10 | 0 | 0 | 2 | 0 | |
| TOTAL | $0.00 | $0.00 | $800.00 | $0.00 | $0.00 | $100.00 | $0.00 | $900.00 |

***Make the check payable to Movers' Mover, LLC

Thank you for your business.

Respectfully yours,

4/8/19

**Jun Masangkay**
Proprietor/Owner
Movers' Mover, LLC
E.I.N. :47-5236446

|  | From | **Shattuck LLC** |
|---|---|---|
|  |  | 2301 E. St. Elmo, Ste 108 |
|  |  | Austin, TX 78744 |

| Invoice ID | **823** | Invoice For | **Catherine Stone Curtis, Trustee** |
|---|---|---|---|
| PO Number | Case No. 19-70013 EVR |  | The Stone Curtis PLLC - MCALLEN |
| Issue Date | 05/07/2019 |  | 5414 N. 10th St. |
| Due Date | 05/07/2019 (upon receipt) |  | McAllen, TX 78504 |
| Subject | Bay Area Regional Medical Center, LLC: Reimbursable Expenses, Additional Job File Storage & Court Appearance |  |  |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Product | 03/06/2019 - Car Rental: Brett Neal: Court appearance in McAllen | 1.00 | $68.18 | **$68.18** |
| Product | 03/06/2019 - Fuel: Brett Neal: Fuel and Toll for court appearance in McAllen<br>Luling Mini Mart: $41.92<br>Tex Best: $31.60<br>Harris Toll road: $1.75 | 1.00 | $75.27 | **$75.27** |
| Product | 03/06/2019 - Moving & Towing: ACE Movers: Relocating documents from Life Storage to alternate storage facility, by last minute Trustee request | 1.00 | $396.00 | **$396.00** |
| Product | 03/06/2019 - Warehouse / Storage: Public Storage: Last minute request to move documents from Life Storage to alternate storage facility. Lock and March rent. | 1.00 | $70.29 | **$70.29** |
| Product | 04/01/2019 - Warehouse / Storage: Public Storage - April storage fees for documentation | 1.00 | $153.40 | **$153.40** |
| Product | 05/01/2019 - Warehouse / Storage: Public Storage - May storage fees for documentation | 1.00 | $177.00 | **$177.00** |

**Amount Due**     **$940.14**

Page 1 of 1

**From:** Brett Neal bar.nauco@gmail.com
**Subject:** Fwd: ENTERPRISE Rental Agreement 50TRRC
**Date:** March 11, 2019 at 1:21 PM
**To:** Lisa Brannan lisa@shattuck.com

---------- Forwarded message ---------
From: <DoNotReply@erac.com>
Date: Tue, Mar 5, 2019 at 9:03 AM
Subject: ENTERPRISE Rental Agreement 50TRRC
To: <BAR.NAUCO@gmail.com>



RA #: 50TRRC

Renter: NEAL,JOHN

| Dates & Times | Location |
|---|---|
| **Pickup**<br>Mar 04, 2019<br>11:48 AM | 1524 HWY 97 WEST<br>PLEASANTON, TX 78064-2334<br>8305693683 |
| **Return**<br>Mar 05, 2019<br>9:01 AM | 1524 HWY 97 WEST<br>PLEASANTON, TX 78064-2334<br>8305693683 |

**Vehicle**

Make/Model: NISN/ROGU
Color: GRAY DK
Mileage: 426
Fuel Out: 1/4          Fuel In: 1/4
License: KNN9486
Unit #: 7Q8TL1         Vehicle #: JP547661

| Charges | Price/Unit | Total |
|---|---|---|
| TIME & DISTANCE 03/04 - 03/05 | 1 @ $34.99/DAY | $34.99 |
| TX MOTOR VEHICLE RENTAL TAX | 10.0000% | $6.20 |
| VLF REC | 1 @ $1.99/DAY | $1.99 |
| **Optional Products And Protections Accepted** | | |
| DW | 1 @ $19.99/DAY | $19.99 |
| RAP | 1 @ $4.99/DAY | $4.99 |
| | **Total Charges:** | **$68.16** |
| | Charge To: | MASTERCARD xxxx1543 |

2019-03-05 09:03:09

```
2130 S MAGNOLIA AVE
LULING TX 78648

LULING MINI MART
L348698332001
2130 STATE HWY 80
LULING, TX
78648
03/06/2019  415063776
04:36:27 AM

XXXX XXXX XXXX 6394
Visa
INVOICE 094808
AUTH 002998

PUMP# 9
UNLEADED        18.235G
PRICE/GAL        $2.299

FUEL TOTAL   $   41.92

CREDIT       $   41.92

==========================================
Customer-activated Purchase/Capture
Sequence Number 31649
Swiped
APPROVED 002998
==========================================
```

```
EXXON EXPRESS PAY

TEX BEST #524
FG48114775001
115 S HWY 281 BYPASS
ALICE          , TX
78332
03/04/2019  103009160
01:22:41 PM

XXXXXXXXXXXX6394
Visa
INVOICE P80974
AUTH 071147

PUMP# 20
Regular         14.636G
PRICE/GAL        $2.159

FUEL TOTAL   $   31.60

CREDIT       $   31.60

==========================================
Customer-activated Purchase Capture
Site #: [illegible]
Shift Number 1
Sequence Number 18227
Swiped
APPROVED 071147
==========================================

Tell us about
your visit!
myexxonmobilvisit
.com
```

```
HARRIS COUNTY
TOLL ROAD
AUTHORITY

Southeast Plaza

Lane 7611

Fare Paid -- $1.75

04:11:31 PM
03/06/2019


Have a nice day!
```

(C) A HOUSEHOLD GOODS CARRIER'S LIABILITY FOR LOSS OR DAMAGE TO ANY SHIPMENT IS **$.60 PER POUND PER ARTICLE**, UNLESS THE CARRIER AND SHIPPER AGREE, IN WRITING, TO A GREATER LEVEL OF LIABILITY. **THIS IS NOT INSURANCE.**

(D) ☐ TRANSIT INSURANCE OBTAINED: ☐ STORED PROPERTY INSURANCE OBTAINED:
  Shipper's Initial _____ (1) Actual cash value: Amt. $_____ Cost $_____ Deductible Amt. ☐None ☐Amt. of Deductible $_____ Policy/Certificate # _____
  Shipper's Initial _____ (1) Replacement Value: Amt. $_____ Cost $_____ Deductible Amt. ☐None ☐Amt. of Deductible $_____ Policy/Certificate # _____

(E) **Shipper shall be required to pay for all charges prior to unloading, in cash or by certified check or money order, except as may be otherwise agreed in writing between carrier and shipper.** Method of payment: ☐ Cash ☐ Ck ☐ Certified Ck/Money Order ☐ Govt ☐ Charge ☐ COD ☐ PPD

(F) Shipper acknowledges receipt of Your Rights and Responsibilities When you Move in Texas pamphlet.
(G) I hereby authorize PICKUP of household goods as set forth by the terms and conditions of this contract and any addendum(s).

Shipper Signature _____ Date _____ Carrier Signature _____ Date _____

| ORIGIN | | | | DESTINATION | | | |
|---|---|---|---|---|---|---|---|
| Shipper _____ | | | | Consignee _____ | | | |
| Loading Address _____ | | | | Loading Address _____ | | | |
| City _____ | State _____ | | Zip _____ | City _____ | State _____ | | Zip _____ |
| County _____ | Phone _____ | | | County _____ | Phone _____ | | |

| PACKING DATE(S) | AGREED PICK-UP PERIOD | | | AGREED DELIVERY PERIOD | | | Shippers Billing Address |
|---|---|---|---|---|---|---|---|
| | EARLIEST | LATEST | PREFERRED | EARLIEST | LATEST | PREFERRED | |

| PACKING & UNPACKING SERVICE | Containers | | | Packing | | | Unpacking | | |
|---|---|---|---|---|---|---|---|---|---|
| Items | Quantity | Rate | Amount | Quantity | Rate | Amount | Quantity | Rate | Amount |
| Dish Pack | | | | | | | | | |
| Cartons: Less than 3 cubic ft | | $160 First | | $59/hr | | | | | |
| 3 cubic feet | | | | | | | | | |
| 4.5 cubic feet | | | | | | | | | |
| 6 cubic feet | | | | | | | | | |
| 6.5 cubic feet | | | | | | | | | |
| Wardrobe Carton, not less than 10 cu. ft. | | +20 hrs | | each | | | | | |
| Mattress Carton: Crib | | | | additional | | | | | |
| Twin (not exceeding 39 X 75) | | | | | | | | | |
| Double (not exceeding 54 X 75) | | | | | | | | | |
| King/Q (exceeding 54 X 75) | | | | | | | | | |
| Long/S (39 X 80) | | | | hr | | | | | |
| Corrugated Containers | | | | | | | | | |
| Crates: | | | | | | | | | |
| Gross Measurement of Crate or Container: | | | | | | | | | |
| Add Container, Packing & Unpacking Totals Insert sum total below | Total Container Charges | $ | | Total Packing Charges | $ | | Total Unpacking Charges | $ | |

| Storage | | Dept. | Charge Description | Rate | Amount |
|---|---|---|---|---|---|
| Storage: Authorization # _____ | | | Van  Men  Total Hours | | |
| ☐ Date Loaded from Resid. or Perm storage | | | Travel Time | | |
| Weight _____ lbs. | | | Transportation (see below) _____ % | | |
| First Day @ _____ per 100 lbs. _____ | | | Tariff ____ Sec ____ # of Miles | | |
| Add'l Day(s) @ _____ per 100 lbs. _____ | | | Weight ____ lb Trans. Charge | | |
| | | | Insurance | | |
| | | | Appliance Service | | |
| Warehouse Handling: | | | Containers, Packing and Unpacking | | |
| Weight _____ lbs @ per 100 lbs _____ | | | Total Storage Charges | | |
| Valuation: $ _____ | | | Third Party Service | | |
| Pick-up or Delivery: | | | Other: | | |
| Weight _____ lbs Charge $ _____ | | | | | |

| | PAYMENT | | Maximum Charges _____ |
|---|---|---|---|
| TOTAL CHARGES _____ | C.O.D.  P.P.D.  GOVT | | Total Charges _____ |
| Helpers _____ | CASH  CASHIER'S OR CERTIFIED CK | | Prepayment _____ 00 |
| Dispatch Remarks _____ | CHARGE  MONEY ORDER | | BALANCE DUE $316. |
| | CK# _____ AMOUNT $ _____ | | |

| AGENT | CODE | NAME | PHONE NO. |
|---|---|---|---|
| Book | | | |
| Dest. | | | |
| Origin | | | |
| Van No. | Miles Hauled _____ Authorized by _____ | | |

By _____
Exclusive Use of a _____ cu.ft. vehicle ordered
Space reservation _____ cu.ft. ordered
Selected delivery date service requested
shipment to be transported at agreed minimum wgt. of _____ lbs.
X _____
Shipper Signature or Their Agent

ORIGINAL
Gross Weight _____ lbs
Tare Weight _____ lbs
HHG Weight _____ lbs

TIME RECORD
Start Time 8:45 am/pm  Cust. Initial _____
Finish Time 9:86 am/pm  Cust. Initial _____

| Midnight | | | | | | | | | | | | AM |
|12|1|2|3|4|5|6|7|8|9|10|11|12|
| Noon | | | | | | | | | | | | PM |

Carrier agrees to transport as consigned and described above, the property tendered to it for transportation under this bill of lading subject to the Maximum Rates, Rules & Regulations in Carrier's Maximum Charge Tariff in effect on date hereof and to the Terms and Conditions hereof, included on the reverse side. Carrier's charges subject to maximum charges on file for carrier at Texas Department of Transportation and may be obtained from carrier, carrier's representative or from Texas Department of Transportation at (800) 299-1700

I hereby authorize delivery at the destination set forth herein if the undersigned is not present at such destination. Shipment received at destination as set forth by the terms and conditions of this contract and any addendum(s).

Carrier's Representative _____ Date 3-6-19
X Shipper Signature _____ Date

Carrier's Representative _____ Date 3/6/19
Shipper Signature _____ Date

© FORM #130 REORDER NEWAVE PRINTING & DESIGNS LLC, HOUSTON, TX 713-956-0010



**From:** Brett Neal brett@shattuck.com
**Subject:** Fwd: We've received your payment
**Date:** March 11, 2019 at 1:20 PM
**To:** Lisa Brannan lisa@shattuck.com

---------- Forwarded message ----------
From: **Public Storage** <DoNotReply@publicstorage.com>
Date: Wed, Mar 6, 2019 at 1:06 PM
Subject: We've received your payment
To: <brett@shattuck.com>





# Your payment receipt # 785646374

Hi John,

This confirms your payment of $70.29 on 03/06/2019 by Cash,Cash. Thanks for using Public Storage!

Your Account Details

**Log In**

### JOHN NEAL

Account Number: 51478626
Phone: (210) 741-0518
Email: brett@shattuck.com

---

## Storage Payment Details

| | | |
|---|---|---|
| **STORAGE LOCATION:** | 401 E NASA Rd 1<br>Webster, TX 77598<br>(281) 612-4523 | **PAYMENT RECEIVED:**<br>**$40.00** |
| **SPACE NUMBER:** | G036 | |
| **SPACE SIZE:** | 10x30 | |

|  | PAYMENT RECEIVED 03/06/2019 | PAST DUE/DUE NOW | DUE NEXT 04/01/2019 |
|---|---|---|---|
| RENT | $1.00 | $0.00 | $140.40 |
| INSURANCE | $15.00 | $0.00 | $13.00 |
| ADMIN (MOVE IN) FEE | $24.00 | $0.00 | $0.00 |
| TOTAL | $40.00 | $0.00 | $153.40 |

Merchandise Payment Details

| Item | Units | Price | Total Price |
|---|---|---|---|
| DAMP CHECK | 1 | $7.99 | $7.99 |
| LOCK CYLINDER | 1 | $19.99 | $19.99 |
| SubTotal | | | $27.98 |
| Sales Tax | | | $2.31 |
| Merchandise Total[1] | | | $30.29 |

[1] You can return merchandise within 30 days of purchase with a valid receipt to any Public Storage location. Returned merchandise must be unused and in its original condition.

## Your Payment Details

| CASH | $30.29 |
|---|---|
| CASH | $40.00 |



From: **Brett Neal** brett@shattuck.com
Subject: Fwd: Courtesy Re-send: We've received your payment
Date: April 15, 2019 at 12:31 PM
To: Lisa@shattuck.com

Here is the rent receipt.

---------- Forwarded message ---------
From: **Public Storage** <DoNotReply@publicstorage.com>
Date: Mon, Apr 15, 2019, 12:30 PM
Subject: Courtesy Re-send: We've received your payment
To: <brett@shattuck.com>





# Your Payment Receipt # 789200776

This confirms your payment of on 04/01/2019 by Debit Card. Thanks for using Public Storage!

Your Account Details

Log In

**JOHN NEAL**

Account Number: 51478626
Phone: (210) 741-0518
Email: brett@shattuck.com

---

## Storage Payment Details

**STORAGE LOCATION:** 401 E NASA Rd 1
Webster, TX 77598
(281) 612-4523

**PAYMENT RECEIVED:** $153.40

**SPACE NUMBER:** G036

**SPACE SIZE:** 10x30

| PAYMENT RECEIVED | PAST DUE/DUE NOW | DUE NEXT |
| --- | --- | --- |
| 04/01/2019 | | 05/01/2019 |

| | | | |
|---|---|---|---|
| RENT | $140.40 | $0.00 | $162.00 |
| INSURANCE | $13.00 | $0.00 | $15.00 |
| TOTAL | $153.40 | $0.00 | $177.00 |

## Your Payment Details

| | | |
|---|---|---|
| DEBIT CARD | $153.40 | ****5086 |

\* When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account. In certain circumstances, such as for technical or processing reasons, we may process your payment as a check transaction.

**Thanks for using Public Storage.**


### We've made it easy to do everything you want online

### Payments Your Way
Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

### Your Storage Space
Access your gate code, manage your insurance coverage, or schedule a move-out date.

### Reservations are a Breeze
Get directions to the property, change your move-in date, or access helpful information before you move in.

### Manage Your Contact Info
Update your contact information and your email notification preferences.

   CONNECT:        

Please do not reply to this email; it will not get through. If you'd like to reach us please contact your location manager or visit



From: **Brett Neal** brett@shattuck.com
Subject: Fwd: We've received your payment
Date: April 30, 2019 at 5:35 PM
To: Lisa Brannan lisa@shattuck.com

---------- Forwarded message ----------
From: **Public Storage** <DoNotReply@publicstorage.com>
Date: Tue, Apr 30, 2019 at 1:16 PM
Subject: We've received your payment
To: <brett@shattuck.com>





# Your Payment Receipt # 791951158

This confirms your payment of $177.00 on 04/30/2019 by Credit Card. Thanks for using Public Storage!

Your Account Details

Log In

**JOHN NEAL**

Account Number: 51478626

Phone: (210) 741-0518

Email: brett@shattuck.com

---

## Storage Payment Details

| | | |
|---|---|---|
| **STORAGE LOCATION:** | 401 E NASA Rd 1<br>Webster, TX 77598<br>(281) 612-4523 | **PAYMENT RECEIVED:**<br>$177.00 |
| **SPACE NUMBER:** | G036 | |
| **SPACE SIZE:** | 10x30 | |

| PAYMENT RECEIVED | PAST DUE/DUE NOW | DUE NEXT |
|---|---|---|
| 04/30/2019 | | 06/01/2019 |

| | | | |
|---|---|---|---|
| RENT | $162.00 | $0.00 | $162.00 |
| INSURANCE | $15.00 | $0.00 | $15.00 |
| TOTAL | $177.00 | $0.00 | $177.00 |

## Your Payment Details

| | | |
|---|---|---|
| CREDIT CARD | $177.00 | ****6394 |

\* When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account. In certain circumstances, such as for technical or processing reasons, we may process your payment as a check transaction.

Thanks for using Public Storage.



### We've made it easy to do everything you want online

**Payments Your Way**
Make a payment, view your transaction history, or sign up for AutoPay and never forget a payment.

**Your Storage Space**
Access your gate code, manage your insurance coverage, or schedule a move-out date.

**Reservations are a Breeze**
Get directions to the property, change your move-in date, or access helpful information before you move in.

**Manage Your Contact Info**
Update your contact information and your email notification preferences.

   CONNECT:        

Please do not reply to this email; it will not get through. If you'd like to reach us please contact your location manager or visit