United States Bankruptcy Court.

To whom it may CONCERN

United States Courts
Southern District of Texas
FILED

JUN 26 2019

David J. Bradley, Clerk of Court

I KNOW there are peoples out there that DO NOT pay up.
I AM NOT ONE of them → I HAVE BEEN PAYING ON this Account for the past 3 years IN SMALL Amounts → Because that IS what I CAN Afford to PAY & will CONTINUE until I DIE..!! ←
Pick ON the peoples that DO NOT MAKE AN EFFORT.!!!

CASE # 19-70013
Chapter 7
Filed June 7, 2019

Pearl C. Alvear